# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE:**

                                                   **CASE NO.** 22-01086-jwb

                                                   Chapter 7

Julie Ann Moll &

Michael Edward Moll,

                                                   **Hon.**  James W. Boyd

                                                   **Filed** May 25, 2022

        **Debtor(s)**

_____ /

                                                **Adv. Proc. No.** 23-80048

JULIE ANN MOLL &
MICHAEL EDWARD MOLL

        **Plaintiff(s)**

v.

STUDENT LOAN SOLUTIONS, LLC,

NAVIENT CORPORATION, THE FIRST
NATIONAL BANK IN SIOUX FALLS,
NAVIENT SOLUTIONS, LLC, VL
FUNDING, LLC, CORONADO
STUDENT LOAN TRUST, BANK OF
AMERICA N.A., DEUTSCHE BANK
U.S.A., RADIUS GLOBAL SOLUTIONS,
LLC, AND GC SERVICES, L.P.,

        **Defendant(s)**

_____ /

**<u>MOTION TO DISMISS PLAINTIFFS' COMPLAINT AGAINST THE FIRST NATIONAL BANK OF SIOUX FALLS, RADIUS GLOBAL SOLUTIONS, LLC, AND GC SERVICES, L.P.</u>**

NOW COME Plaintiffs, Julie Ann Moll and Michael Edward Moll, by and through their attorneys Oppenhuizen Law Firm, PLC, and hereby move this Court for an order dismissing Plaintiff's Complaint against Defendants The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P., pursuant to Fed R. Civ. P. 41(a)(2) and in support state as follows.

1. Plaintiffs filed their Complaint in the above captioned adversary proceeding on July 5, 2023.

2. The Court issued the Summons in the above captioned adversary proceeding on July 6, 2023.

3. Plaintiffs served the Summons and their Complaint The First National Bank in Sioux Falls, Radius Global Solution, and GC Services, L.P., on or about July 7, 2023.  The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P. did not answer the complaint.

4. The Court entered a Default against Defendants The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P., on September 13, 2023.

5. Upon further review, Plaintiffs have determined that Plaintiffs are not indebted to The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P., as The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P. acted solely as collection agents for other creditors, or are former owners of debt now owned by other creditors/defendants against whom Plaintiffs' claims have been resolved.

6. As a result, Plaintiffs request that their Complaint be dismissed as to Defendants The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P. only.

WHEREFORE Plaintiffs request that this honorable Court enter an Order dismissing Plaintiffs' Complaint as to Defendants The First National Bank in Sioux Falls, Radius Global Solution LLC, and GC Services, L.P., only.

Respectfully submitted,

Oppenhuizen Law Firm, PLC
Attorneys for Plaintiffs

Dated: October 25, 2024_____

/s/James R. Oppenhuizen
James R. Oppenhuizen (P68715)
125 Ottawa Ave. NW Suite 237
Grand Rapids, MI 49507
(616)920-8551
joppenhuizen@oppenhuizenlaw.com